IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **HOOVER REYNOLDS, AIS # 133254,** | : |
| Plaintiff, | : |
| vs. | :   **CIVIL ACTION 05-0046-CG-M** |
| **GRANTT CULLIVER, et al.,** | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

DONE this 17th day of August, 2006.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE